JARDINE, MATHESON & CO., Limited, v. HUGUET SILK CO.

(Supreme Court, Appellate Division, First Department. May 20, 1910.)

Appeal from Trial Term, New York County.

Action by Jardine, Matheson & Co., Limited, against the Huguet Silk Company. From a judgment for plaintiff, and from an order denying defendant's motion for a new trial, it appeals. Affirmed.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and MILLER, JJ.

James F. Lynch, for appellant.
Carlisle Norwood, for respondent.

PER CURIAM. Judgment and order affirmed with costs.

LAUGHLIN, J. (dissenting). I dissent, upon the ground that the court erred in excluding the documentary evidence which the defendant claimed would tend to show that the parties contemplated an importation of silk from a particular firm, and upon the ground that the court erred in rejecting evidence with respect to the quality of the silk in the two bales purchased from Guerin et Fils, as it would bear on the question of damages, notwithstanding the fact that counsel for the defendant did not state that it was offered for that purpose, and that this point was not raised by him upon the appeal.